Rondell **CLARKE, Plaintiff–Appellant,**

v.

**Correctional Officer WASHINGTON; Sergeant Standford; Major Darden, Major of Security, Defendants–Appellees.**

No. 15–6906.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 19, 2015.

Rondell Clarke, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rondell Clarke appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clarke v. Corr. Officer Washington*, No. 1:14–cv–01313–LMB–JFA, 2015 WL 2238010 (E.D.Va. May 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*